*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  October 6, 2016                    107579
_____

THE PEOPLE OF THE STATE OF
    NEW YORK,
                        Respondent,
        v                                       MEMORANDUM AND ORDER

ERIC COUTANT,
                        Appellant.
_____


Calendar Date:   September 15, 2016

Before:   Peters, P.J., Egan Jr., Lynch, Rose and Aarons, JJ.

                        _____


        Theodore J. Stein, Woodstock, for appellant.

        D. Holley Carnright, District Attorney, Kingston (Joan
Gudesblatt Lamb of counsel), for respondent.

                        _____


Aarons, J.

        Appeal from a judgment of the County Court of Ulster County
(Williams, J.), rendered March 24, 2015, convicting defendant
upon his plea of guilty of the crime of criminal sale of a
controlled substance in the third degree.

        Defendant pleaded guilty to criminal sale of a controlled
substance in the third degree and the plea agreement included the
waiver of the right to appeal.  County Court thereafter sentenced
defendant, as a prior felony offender, to five years in prison,
to be followed by three years of postrelease supervision.
Defendant now appeals.

        We affirm.  Contrary to defendant's contention, his waiver
of the right to appeal was valid.  County Court explained that

the right to appeal is separate and distinct from the rights forfeited by a guilty plea and confirmed that defendant understood the ramifications of the waiver.  Defendant thereafter executed a counseled written waiver in open court.  Under these circumstances, we conclude that defendant knowingly, intelligently and voluntarily waived the right to appeal his conviction and sentence (see People v Mydosh, 117 AD3d 1195, 1195-1196 [2014], lv denied 24 NY3d 963 [2014]; People v Koumjian, 101 AD3d 1175, 1175 [2012], lv denied 20 NY3d 1100 [2013]).  Therefore, defendant's contention that his sentence is harsh and excessive is precluded from our review (see People v Miller, 137 AD3d 1485, 1485 [2016]; People v Crispell, 136 AD3d 1121, 1122 [2016], lv denied 27 NY3d 1149 [2016]).

Peters, P.J., Egan Jr., Lynch and Rose, JJ., concur.

ORDERED that the judgment is affirmed.

ENTER:

Robert D. Mayberger
Clerk of the Court